DAVID A. HUBBERT
Deputy Assistant Attorney General

E. CARMEN RAMIREZ (DC Bar #975331)
CONNOR J. PESTOVICH (NM Bar #159189)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-2885 (Ramirez)
Tel: (202) 616-2378 (Pestovich)
Fax: 202-307-0054
E.Carmen.Ramirez@usdoj.gov
Connor.Pestovich@usdoj.gov
Western.taxcivil@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHIELD PROTECTION SERVICES INC., <br><br> Defendant. | No. 2:22-cv-02289-TLN-AC <br><br> **[~~PROPOSED~~] ORDER GRANTING REQUEST TO SEAL DOCUMENT PURSUANT TO L.R. 141** |

The United States requests to seal ECF No. 7-2 pursuant to Local Rule 141. For good cause shown, the request is GRANTED.

It is hereby ORDERED that ECF No. 7-2 be sealed indefinitely with only the parties and the Court given access to that document.

It is further ORDERED that the United States may refile that exhibit in this case with the proper redactions pursuant to Rule 5.2.

IT IS SO ORDERED.

DATED: September 13, 2023.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER        1